# UNITED STATES DISTRICT COURT

EASTERN   District of   KENTUCKY

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
    Plaintiff,
V.
DONNA SALYERS' FABULOUS FURS COMPANY
    Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

TO: (Name and address of Defendant)

Registered Agent for Service: JAMES J. SALYERS, 700 MADISON AVE, COVINGTON, KY 41011

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

BOBBY C. SIMPSON, SENIOR TRIAL ATTORNEY
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION-LOUISVILLE AREA OFFICE
600 DR. MARTIN LUTHER KING JR. PLACE-SUITE 268
LOUISVILLE, KENTUCKY 40202-2285
(502) 582-6308

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Leslie G. Whitmer
CLERK

DATE 5/28/03

(By) DEPUTY CLERK [Rebecca Burgett]

AO 440 (Rev. 10/93) Summons in a Civil Action